**PARKER IBRAHIM & BERG LLP**
MARIEL GERLT-FERRARO (CA Bar No. 251119)
mariel.gerlt-ferraro@piblaw.com
MATTHEW S. HENDERSON (CA Bar No. 274252)
matthew.henderson@piblaw.com
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel: (714) 361-9550
Fax: (714) 784-4190

Attorneys for Plaintiff Therabody, Inc.

**FISH & RICHARDSON P.C.**
Christopher S. Marchese (Bar No. 170239)
633 West Fifth Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 533-4240
Facsimile: (858) 678-5099

*(Additional Counsel Listed on Signature Page)*

Attorneys for Defendant
DJO, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THERABODY, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DJO, LLC, a Delaware LLC, dba COMPEX, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 21-9327-GW-RAOx<br><br>**ORDER ON JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION AND JOINT REQUEST TO VACATE PENDING DEADLINES** |

**THE COURT,** having considered the Joint Notice of Settlement of Entire Action and Joint Request to Vacate Pending Deadlines submitted pursuant to Local

Rule 40-2 by Plaintiff Therabody, Inc. ("**Therabody**" or "**Plaintiff**") and Defendant DJO, LLC, a Delaware LLC ("**DJO**" or "**Defendant**"), and good cause appearing therefrom, IT IS HEREBY ORDERED THAT:

As the parties have reported that this matter has settled in its entirety and that a stipulation of dismissal will be filed within 60 days, all pending deadlines and all other scheduled dates, as set forth in this Court's August 3, 2022 Scheduling Order (Dkt. No. 49), are hereby vacated. The Court sets an order to show cause re settlement hearing for November 21, 2022 at 8:30 a.m.

The Court hereby retains jurisdiction to enforce the terms of the settlement agreement as requested by the parties.

IT IS SO ORDERED.

DATED: September 22, 2022

_____
Hon. George H. Wu
U.S. District Judge