JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THERABODY, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DJO, LLC, a Delaware LLC, dba COMPEX, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: CV 21-9327-GW-RAOx<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING CASE WITH PREJUDICE AND RETAINING JURISDICTION FOR ENFORCEMENT OF SETTLEMENT** |

Having considered the Joint Stipulation Dismissing Case with Prejudice filed by Plaintiff Therabody, Inc. and Defendant DJO LLC (collectively, "Parties", and individually, "Party"), and for good cause shown, it is hereby ORDERED that:

1. Pursuant to Fed. R. Civ. P. 41, all claims and counterclaims of the Parties asserted in this action are hereby dismissed with prejudice such that the entire action is dismissed with prejudice;

2. Each Party is responsible for its own attorney fees and costs with respect to this action; and,

3. This Court hereby retains jurisdiction for the limited purpose of enforcement of the settlement as between the Parties.

IT IS SO ORDERED.

Dated: December 15, 2022

_____
Hon. George H. Wu
United States District Judge